**John D. BOYER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5080.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

ON MOTION

MAYER, Circuit Judge.

*ORDER*

John D. Boyer moves to reinstate his appeal.

This appeal was dismissed on September 2, 2008, 315 Fed.Appx. 245, for failure to file a brief. Boyer submits his brief and requests reinstatement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled and the appeal is reinstated.

(2) The United States should calculate the due date for its brief from the date of filing of this order.